Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 784-5275
Facsimile:  (702) 784-5252
Email:  pbyrne@swlaw.com
         ddavis@swlaw.com

Bethany Biesenthal, Esq. (*Pro Hac Vice Forthcoming*)
Alisann Anderson, Esq. (*Pro Hac Vice Forthcoming*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL  60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email:  bbiesenthal@jonesday.com
         akanderson@jonesday.com

Nicole Perry, Esq. (*Pro Hac Vice Forthcoming*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
Email:  nmperry@jonesday.com

*Attorneys for Defendant Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Angela Williams,<br><br>                Plaintiff,<br><br>        v.<br><br>WYNN LAS VEGAS, LLC; VENETIAN LAS VEGAS GAMING, LLC.; MGM GRAND HOTEL, LLC; THE MIRAGE CASINO-HOTEL, LLC; MANDALAY BAY, LLC; and MGM RESORTS INTERNATIONAL;<br><br>                Defendants. | Case No.   2:26-cv-01187-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

-1-

Plaintiff Angela Williams and Defendants Wynn Las Vegas, LLC; Venetian Las Vegas Gaming, LLC; MGM Grand Hotel, LLC; The Mirage Casino-Hotel, LLC; Mandalay Bay, LLC; and MGM Resorts International (collectively the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.      On March 17, 2026, Angela Williams filed her Complaint in the Eighth Judicial District Court, Clark County, Nevada.  (ECF No. 2-1) (the "Complaint").

2.       Defendant Venetian Las Vegas Gaming, LLC waived service on March 20, 2026. Defendant Wynn Las Vegas, LLC waived service on March 23, 2026.  Defendants MGM Grand Hotel, LLC; The Mirage Casino-Hotel, LLC; Mandalay Bay, LLC; and MGM Resorts International waived service on March 31, 2026. (ECF No. 2-2).

3.      On April 17, 2026, Wynn Las Vegas, LLC timely removed the case to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  (ECF No. 1).

4.      Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the deadline to respond to Plaintiff's Complaint is the later of 21 days after receiving the Complaint, 21 days after being served with the summons for an initial pleading on file at the time of service, or 7 days after notice of removal is filed.  As such, the current deadline for Defendants to respond to the Complaint is April 24, 2026.

5.      The Parties hereby agree, stipulate and respectfully request that the Court extend the deadline for all currently served Defendants to file their response to the Complaint for an additional fourteen (14) days, making their deadline to respond May 8, 2026.

6.      This extension is necessary to provide counsel for Defendants sufficient time to review and respond to the allegations made by Plaintiff in her Complaint.

7.      The Parties further agree, stipulate, and respectfully request that this extension be effective upon filing of this stipulation.

8.      This is the first stipulation for an extension of the time for Defendants to respond to Plaintiff's Complaint.

-2-

IT IS SO STIPULATED.


Dated: April 21, 2026                                 Respectfully submitted,



/s/ *Geoffrey C. Parker*                              /s/ *Nicole M. Perry*
Michael C. Kane, Esq.                                Patrick G. Byrne, Esq.
Nevada Bar No. 10096                                 Nevada Bar No. 7636
Bradley J. Myers, Esq.                               Dawn Davis, Esq.
Nevada Bar No. 8857                                  Nevada Bar No. 13329
Joel S. Hengstler, Esq.                              SNELL & WILMER
Nevada Bar No. 11597                                 1700 South Pavilion Center Drive, Suite 700
THE702FIRM INJURY ATTORNEYS                          Las Vegas, NV 89135
8335 West Flamingo Road                              Telephone:  (702) 784-5275
Las Vegas, NV 89147                                  Facsimile:  (702) 784-5252
Telephone:  (702) 776-3333                           Email:  pbyrne@swlaw.com
Facsimile:  (702) 505-9787                                   ddavis@swlaw.com
Email:  mike@the702firm.com
        brad@the702firm.com                          Bethany K. Biesenthal, Esq. (*Pro Hac Vice
                                                     Forthcoming*)
Geoffrey C. Parker, Esq.                             Alisann Anderson, Esq. (*Pro Hac Vice
Nevada Bar No. 16952                                 Forthcoming*)
Jonathan L. Hilton, Esq.                             JONES DAY
Nevada Bar No. 16889                                 110 North Wacker Drive, Suite 4800
HILTON PARKER LLC                                    Chicago, IL 60606
7658 Slate Ridge Blvd.,                              Telephone:  (312) 782-3939
Reynoldsburg, OH 43068                               Facsimile:  (312) 782-8585
Telephone:  (614) 992-2277                           Email:  bbiesenthal@jonesday.com
Facsimile:  (614) 927-5980                                   akanderson@jonesday.com
Email:  gparker@hiltonparker.com
                                                     Nicole M. Perry, Esq. (*Pro Hac Vice
*Counsel for Plaintiff Angela Williams*              Forthcoming*)
                                                     JONES DAY
                                                     717 Texas Street, Suite 3300
                                                     Houston, TX 77002
                                                     Telephone:  (832) 239-3939
                                                     Facsimile:  (832) 239-3600
                                                     Email:  nmperry@jonesday.com

                                                     *Counsel for Defendant Wynn Las Vegas,
                                                     LLC*

/s/ *Robert A. Ryan*

Robert A. Ryan, Esq.
Nevada Bar No. 12084
KNIGHT & RYAN PLLC
8880 W. Sunset Rd., Suite 130
Las Vegas, NV 89148
Telephone:  (702) 462-6083
Facsimile:  (702) 462-6048
Email:  robert@knightryan.com

*Counsel for Defendants MGM Grand Hotel, LLC; The Mirage Casino-Hotel, LLC; Mandalay Bay, LLC; and MGM Resorts International*

/s/ *Nathanael R. Rulis*

Nathanael R. Rulis, Esq.
Nevada Bar No. 11259
KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, NV 89169
Telephone:  (702) 385-6000
Facsimile:  (702) 385-6001
Email:  n.rulis@kempjones.com

David Sager, Esq. (*Pro Hac Vice Forthcoming*)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
Telephone:  (973) 520-2570
Facsimile:  (973) 520-2551
Email:  david.sager@dlapiper.com

Kyle T. Orne, Esq. (*Pro Hac Vice Forthcoming*)
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
Telephone:  (480) 606-5172
Facsimile:  (480) 606-5527
Email:  kyle.orne@dlapiper.com

*Counsel for Defendant Venetian Las Vegas Gaming, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    April 21, 2026

-4-