UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANGELA WILLIAMS,

Plaintiff(s),

v.

WYNN LAS VEGAS, LLC, et al.,

Defendant(s).

Case No.2:26-CV-1187  JCM (EJY)

ORDER

Presently before the court are Nicole M. Perry and Bethany K. Biesenthal's verified petitions for permission to practice pro hac vice in this case.  (ECF Nos. 13, 15).

Petitioners each verify that they have been admitted to practice in six (6) cases in this district court within the past three (3) years.  (ECF No. 13, App'x A); (ECF No. 15, App'x A).  "It is presumed in civil and criminal cases that more than five appearances by any attorney granted under this rule in a three-year period is excessive use of this rule."  LR IA 11-2(f)(1).  The burden is on the attorney to demonstrate special circumstances and good cause why the court should nonetheless grant the motion.  LR IA 11-2(f).

Petitioners argue that these cases, including the one at bar, involve similar allegations under the Trafficking Victims Protection Reauthorization Act and admission would help them assist their client.  (ECF No. 13, App'x A); (ECF No. 15, App'x A).

Granting this motion would constitute a seventh appearance—i.e., there has already been an exception to the rule.  The court is not inclined to make another.  The "ease of assistance" that repeatedly litigating on behalf of a client under a particular claim for relief in this state is a benefit

reaped by admission to the State Bar.  It is not a sufficient reason to overcome the presumption against admission to practice in more than five cases over a three-year period.  *See* LR IA 11-2(f).

ACCORDINGLY,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Nicole M. Perry's verified petition to practice pro hac vice (ECF No. 13) be, and the same hereby is, DENIED.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Bethany K. Biesenthal's verified petition to practice pro hac vice (ECF No. 15) be, and the same hereby is, DENIED.

DATED May 12, 2026.

_____
UNITED STATES DISTRICT JUDGE

- 2 -