MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
*E-Mail:*        *service@the702firm.com*

GEOFFREY C. PARKER
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:    (614) 927-5980
*E-Mail:*        *gparker@hiltonparker.com*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, et al.,<br><br>    Defendants. | Case No. : 2:26-cv-1187-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Angela Willians ("Plaintiff") and Defendants Wynn Las Vegas, LLC; MGM Grand Hotel LLC; Venetian Las Vegas Gaming, LLC; The Mirage Casino-Hotel, LLC; Mandalay Bay, LLC; and MGM Resorts International, (collectively "Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as f

1.    On May 5, 2026, Defendants filed three separate Motions to Dismiss Plaintiff's Complaint. (ECF Nos. 21, 22, and 27.)

2.    Plaintiff's deadline to file her responses is currently May 22, 2026.

3.    The Parties agree, stipulate, and respectfully request that the Court extend the deadline for Plaintiff to file her responses in opposition to Defendants' Motions to Dismiss her Complaint by fourteen (14) days to June 5, 2026.

4.    The Parties further agree, stipulate, and respectfully request that the Court extend the deadline for Defendants to file replies in support of their Motions to Dismiss by fourteen (14) days, placing Defendants' reply deadline 21 days after the filing of Plaintiff's responses (i.e. June 26, 2026 if Plaintiff files her responses on June 5, 2026.)

5.    Good cause exists for this extension because counsel of record primarily responsible for preparing Plaintiff's response will be traveling internationally on the current due date, and because the extension is necessary to enable Plaintiff's counsel to provide responses to all three Motions to Dismiss that are both comprehensive and succinct.

6.    This is the first stipulation for an extension of time for Plaintiff to file her responses in opposition and the first stipulation for an extension of time for Defendants to reply.

IT IS SO STIPULATED.

DATED this 15th day of May, 2026.

Respectfully submitted,

/s/ Geoffrey C. Parker
Geoffrey C. Parker, Esq. 16952
Jonathan L. Hilton, Esq. 16889
HILTON PARKER LLC
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
T: (614) 992-2277 | F: (614) 927-5980
Email: gparker@hiltonparker.com
        jhilton@hiltonparker.com

Michael C. Kane, Esq. 10096
Bradley J. Myers, Esq. 8857
Joel S. Hengstler, Esq. 11597
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147
T: (702) 776-3333 | F: (702) 505-9787
Email: service@the702firm.com

*Counsel for Plaintiff Angela Williams*

/s/ Nathanael R. Rulius
Nathanael R. Rulis, Esq. 11259
KEMP JONES, LLP
3800 Howard Hughes Parkway, Ste 1700

/s/ Alisann Anderson
Patrick G. Byrne, Esq. 7636
Dawn Davis, Esq. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
T: (702) 784-5275 | F: (702) 784-5252
Email: pbyrne@swlaw.com
        ddavis@swlaw.com

Alisann Anderson, Esq. (Pro Hac Vice Pending)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
T: (312) 782-3939 | F: (312) 782-8585
Email: akanderson@jonesday.com

*Counsel for Defendant Wynn Las Vegas, LLC*

/s/ Robert A. Ryan
Robert A. Ryan, Esq. 12084
Scott A Knight, Esq. 9083
KNIGHT & RYAN PLLC

Las Vegas, NV 89169
T: (702) 385-6000 | F: (702) 385-6001
Email: n.rulis@kempjones.com

David Sager, Esq. (Pro Hac Vice)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
T: (973) 520-2570 | F: (973) 520-2551
Email: david.sager@dlapiper.com

Kyle T. Orne, Esq. (Pro Hac Vice)
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: (480) 606-5172 | F: (480) 606-5527
Email: kyle.orne@dlapiper.com

*Counsel for Defendant Venetian Las Vegas Gaming, LLC*

8880 W. Sunset Rd., Suite 130
Las Vegas, NV 89148
T: (702) 462-6083 | F: (702) 462-6048
Email: robert@knightryan.com
Email: scott@knightryan.com

*Counsel for Defendants MGM Grand Hotel LLC, Mandalay Bay LLC, The Mirage Casino-Hotel, LLC, and MGM Resorts International*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


DATED: May 15, 2026