UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANGELA WILLIAMS,

                                    Plaintiff(s),

        v.

WYNN LAS VEGAS, LLC, et al.,

                                    Defendant(s).

Case No.2:26-CV-1187  JCM (EJY)

ORDER

Presently before the court is defendant Wynn Las Vegas's motion for reconsideration of the court's May 12, 2026, order denying the verified pro hac vice applications of two of its attorneys.  (ECF No. 34).

I.      **Discussion**

This court denied the pro hac vice applications of Nicole M. Perry and Bethany K. Biesenthal under Local Rule LR IA 11-2(f)(1), which establishes a presumption against pro hac vice admission where an attorney has appeared in more than five cases within the past three years. Wynn's attorneys have been permitted to practice six times in this court in the last three years.  All these cases, including the one at bar, have been brought under the Trafficking Victims Protection Reauthorization Act.  The court found that the "'ease of assistance' that repeatedly litigating on behalf of a client under a particular claim for relief in this state is a benefit reaped by admission to the State Bar."  (ECF No. 29).

Wynn now requests reconsideration of the order on the grounds that the attorneys now commit that they will seek admission to the State Bar of Nevada and sit for the February 2027 Nevada bar examination.  Perry and Biesenthal further represent that they will certify their compliance with this commitment to the court following the examination and admission.

This court has previously approved a pro hac vice application where the petitioner had been admitted to practice beyond the five appearances threshold but attested that he would register for the February 2026 bar exam. *See Schaaf et al. v. Cret LLC et al.*, 2:25-cv-00647, ECF Nos. 67, 70. Other federal district courts have also found a commitment to seek admission sufficient to establish good cause for pro hac vice admission. *See, e.g.*, *Huxwrkx Safety Co. v. SilencerCo, LLC*, No. 2:24-cv-00130, 2024 U.S. Dist. LEXIS 91353, at *2 (D. Utah May 21, 2024); *Cacho v. Am. Health Plans, LLC*, No. EP-23-CV-00372, 2024 U.S. Dist. LEXIS 108630, at *2 (W.D. Tex. Jan. 3, 2024).

The court possesses "the inherent power to revisit or reconsider interlocutory orders at any time prior to the entry of final judgment." *Kawamura v. Boyd Gaming Corp.*, No. 2:13-CN-203, 2014 U.S. Dist. LEXIS 17727, at *11 (D. Nev. Feb. 12, 2014); *City of L.A. v. Santa Monica BayKeeper*, 254 F.3d 882, 889 (9th Cir. 2001).

Consistent with its prior decision in *Schaaf v. Cret LLC* and the rationale of LR IA 11-2 to limit excessive pro hac vice appearances, the court grants Wynn's request contingent on Perry's and Biesenthal's applications for and admission to the State Bar of Nevada in February 2027.

**II.    Conclusion**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Wynn Las Vegas, LLC's motion for reconsideration (ECF No. 34) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the court's May 12, 2026, order denying the pro hac vice applications of Nicole M. Perry and Bethany K. Biesenthal be VACATED. (ECF No. 29).

IT IS ALSO ORDERED that within 30 days of the February 2027 Nevada bar exam release date, the petitioners present evidence to this court certifying whether they have been admitted to the bar. Failure to apply for and be admitted to the bar may constitute grounds for revocation of the attorneys' pro hac admission to this case. *See* LR IA 11-2(f).

In light of certain deficiencies in the applications, IT IS ORDERED that a ruling on the pro hac vice applications is DEFERRED. Page 3, paragraph 7 requires the attorney to list the Bar Association(s) of which the petitioner is a member. Petitioner Nicole M. Perry shall amend her

petition to reflect that she is a member of the State Bar of Texas, and petitioner Bethany K. Biesenthal shall amend her petition to reflect that she is a member of the State Bar of Illinois. Petitioner Biesenthal must also attach a certificate of good standing from the State Bar of Illinois. Attorneys Nicole M. Perry and Bethany K. Biesenthal shall have fourteen days from the entry of this order to file the corrected verified petitions for permission to practice pro hac vice using the Notice of Corrected Image/Document Event and link the respective documents to ECF No. 13 (for Perry) and ECF No. 15 (for Biesenthal) in accordance with the local rules.

DATED May 21, 2026.

_____

UNITED STATES DISTRICT JUDGE