Docusign Envelope ID: 9312F3F4-9735-8098-80A1-7430D392A6A8

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANGELA WILLIAMS

Plaintiff(s),

vs.

WYNN LAS VEGAS, LLC et al.

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:26-cv-01187

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

**FILING FEE IS $250.00**

_____Kyle T. Orne_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

DLA PIPER LLP (US)
(firm name)

with offices at ___2525 East Camelback Road, Suite 1000___,
(street address)

___Phoenix___, ___Arizona___ ▾, ___85016___,
(city)              (state)              (zip code)

___(480) 606-5172___, ___kyle.orne@us.dlapiper.com___.
(area code + telephone number)      (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

___Venetian Las Vegas Gaming, LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Docusign Envelope ID: 9312F3F4-9735-8098-80A1-7430D392A6A8

3.    That since ___October 19, 2015___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Arizona_
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Arizona | October 19, 2015 | AZ-032438 |
| US District Court, District of Arizona | August 22, 2016 | |
| US District Court, District of Colorado | March 7, 2022 | |
| US Court of Appeals, Sixth Circuit | November 12, 2019 | |
| US Court of Appeals, Ninth Circuit | January 16, 2018 | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

The American Bar Association, Maricopa County Bar Association, Federal Bar Association State Bar of Arizona

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/3/2024 | Catelyn H. v. G6 | USDC, Nevada | Granted |
| 6/3/2024 | Tyla D. v. MGM | USDC, Nevada | Granted |
| 6/17/2024 | A.H. v. Wynn | USDC, Nevada | Granted |
| 11/12/2024 | Marcy C. v. MGM | USDC, Nevada | Granted |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Arizona [ ]        )
                           )
COUNTY OF ___MARICOPA___   )

_____Kyle T. Orne_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__23__ day of __April__, __2026__.

_____
Notary Public or Clerk of Court

MISTY THORNHILL
Notary Public - Arizona
Maricopa County
Commission # 629834
My Comm. Expires Jul 6, 2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Nathanael Rulis_____,

(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3800 Howard Hughes Parkway, 17th Floor_____,

(street address)

_____Las Vegas_____, Nevada [ ], __89169__,

(city)                    (state)           (zip code)

_____(702) 385-6000_____, ___n.rulis@kempjones.com___.

(area code + telephone number)      (Email address)

4

Rev. 5/16

Docusign Envelope ID: 9312F3F4-9735-8098-80A1-7430D392A6A8

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Nathanael R. Rulis_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

—DocuSigned by:

*Calvin Siemer*
_____
(party's signature)

Venetian Las Vegas Gaming, LLC, Chief Legal Officer
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11259                    n.rulis@kempjones.com
_____
Bar number               Email address

APPROVED:

Dated: June 11, 2026.

*Jenns C. Mahan*
_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Docusign Envelope ID: 9312F3F4-9735-8098-80A1-7430D392A6A8



# Supreme Court

**STATE OF ARIZONA**
**ADMINISTRATIVE OFFICE OF THE COURTS**

**ANN A. SCOTT TIMMER**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **KYLE T ORNE,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 19, 2015, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  04-24-2026

*Mark McCall*

Mark McCall
Associate Disciplinary Clerk

COGS4251A917ED6B

1501 WEST WASHINGTON STREET · PHOENIX, ARIZONA 85007-3222 · 602-542-3300 (TDD) 602-452-3545

Docusign Envelope ID: 9312F3F4-9735-8098-80A1-7430D392A6A6

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

---

*I, Aaron C. Nash, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona*

### KYLE T. ORNE

*was on the 19th day of October, 2015 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.*

*Given under my hand and the seal of said Court this 28th day of April, 2026.*

*AARON C. NASH, Clerk*

By _Ana Ramirez_
*Ana Ramirez*
*Deputy Clerk III*