**KEMP JONES**
Nathanael R. Rulis, Esq.
Nevada Bar No. 11259
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
T: 702.385.6000 | F: 702.385.6001
n.rulis@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (admitted *pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

**DLA PIPER LLP (US)**
Kyle T. Orne (admitted *pro hac vice*)
2525 E Camelback Road, Suite 1000
Phoenix, Arizona 85016
T: 480.606.5100 | F: 480.606.5101
kyle.orne@us.dlapiper.com
dlaphx@us.dlapiper.com

*Attorneys for Defendant*
*Venetian Las Vegas Gaming, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Angela Williams,<br><br>Plaintiff,<br><br>v.<br><br>Wynn Las Vegas, LLC, et al.,<br><br>Defendants. | Case No. 2:26-cv-01187-JCM-EJY<br><br>**DEFENDANT VENETIAN LAS VEGAS GAMING, LLC'S NOTICE OF ERRATA AND UNOPPOSED MOTION FOR WITHDRAWAL OF KYLE T. ORNE AND DAVID S. SAGER AS COUNSEL** |

Defendant Venetian Las Vegas Gaming, LLC ("Venetian") hereby files this Notice of Errata and Unopposed Motion for Withdrawal of Kyle T. Orne and David S. Sager as Counsel as a result of an inadvertent error in their pro hac vice applications.

Messrs. Orne and Sager filed Verified Petitions for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel on May 4, 2026. (Doc. Nos. 12 and 14 (the "Applications")). The Applications were deferred for corrections and refiled on May 8 and May 18, 2026. (Doc. Nos. 18 and 36). The Applications were granted on May 21, 2026 and June 11, 2026, respectively. (Doc. Nos. 38 and 45). In doing so, they inadvertently failed to include one of the matters in which they filed an application to appear as counsel in the last three years. In particular, on March 7, 2025, Messrs. Orne and Sager filed to appear as counsel before the U.S. District Court for the District of Nevada in the matter of *Christina T. v. Bellagio, LL,C et al.*, Case No. 2:25-cv-00145-JCM-DJA. The Applications in this case did not identify that matter as required by LR IA 11-2(b)(7). That failure was purely accidental and the result of imperfect memories, drafting, and review, not any intent to deceive the Court. Messrs. Orne and Sager have appeared in five (now six with this matter) similar matters before this Court. Other than this case and the *Christina T.* case, the four prior matters in which Messrs. Orne and Sager were admitted have been dismissed (three on motions to dismiss and one as a result of a stipulation) and are no longer pending. Two of the dismissed matters currently are on appeal before the Ninth Circuit. Defendants' motions to dismiss in this matter and *Christina T.* are pending. As a result, and assuming the Court grants their request to withdraw in this matter, Messrs. Orne and Sager will remain as counsel of record in one pending matter in this Court.

With the inclusion of the *Christina T.* matter, Messrs. Orne and Sager are beyond the presumptive limit of five appearances granted in a three-year period. Accordingly, with the Court's permission, they hereby move to withdraw as counsel, understanding that the Applications may have been denied under LR IA 11-2(f) had they included the disclosure of the *Christina T.* matter as required. Venetian will continue to be represented by Nathanael R. Rulis of KEMP JONES and DLA PIPER LLP (US) through attorney Anthony Todaro, whose Pro Hac Vice Application will be forthcoming. Granting this Motion will cause no prejudice to any party, or delay in this matter. Plaintiff is unopposed to this withdrawal.

We sincerely apologize for our inadvertent failure to disclose the *Christina T.* matter.

Dated: August 12, 2026.

**DLA PIPER LLP (US)**

By: */s/ David S. Sager*

Kyle T. Orne (admitted *pro hac vice*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
Email: kyle.orne@us.dlapiper.com
Email: dlaphx@us.dlapiper.com

David S. Sager (admitted *pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2570 | F: 973.215.2604
Email: david.sager@us.dlapiper.com

**KEMP JONES**
Nathanael R. Rulis (SBN 11259)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
Email: n.rulis@kempjones.com

*Attorneys for Defendant*
*Venetian Las Vegas Gaming, LLC*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: August 13, 2026